In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

**Case number** 21 CR 618-4

**Judge** Pacold

**v.**
**CHRISTOPHER THOMAS**
**Defendant.**

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Christopher Thomas         **Under seal?** ☐ Yes ☒ No

**Defendant number** 4                            **Representation type** CC

**Type of person represented** Adult              **Court order** Appointing Counsel

**Payment category** Felony                       **Name of Prior Attorney**

**Name of appointed attorney** Ellen R. Domph

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

_____       3/22/22
**Signature of Presiding Judge or by Order of the Court**        **Date**

**Nunc Pro Tunc Date:** 1/31/2022       or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**          ☐ Yes ☐ No
**Prior authorization approved?**     ☐ Yes ☐ No   ☐ Not applicable


_____       _____
**Signature of Presiding Judge or by Order of the Court**        **Date**

**Nunc Pro Tunc Date:**               or ☐ None

Rev. 2212019