In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

Case number 21 CR 618

Judge MARTHA M. PACOLD

v.
**CHRISTOPHER THOMAS**
**Defendant.**

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Christopher Thomas    **Under seal?** ☐ Yes ☒ No

**Defendant number** 4    **Representation type** CC

**Type of person represented** Adult    **Court order** Co-Counsel

**Payment category** Felony    **Name of Prior Attorney**

**Name of appointed attorney** Keith Spielfogel

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____    3/22/22
**Signature of Presiding Judge or by Order of the Court**    **Date**

**Nunc Pro Tunc Date:** January 31, 2022    or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**    ☐ Yes ☐ No
**Prior authorization approved?**    ☐ Yes ☐ No    ☐ Not applicable

_____    _____
**Signature of Presiding Judge or by Order of the Court**    **Date**

**Nunc Pro Tunc Date:**    or ☐ None

Rev. 2212019